IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson, Aston G | Case Number: 06 B 05444 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 6/3/08 | Filed: 5/12/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 31, 2008
Confirmed: July 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,932.00 |  |
| Secured: |  | 3,423.67 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,339.00 |
| Trustee Fee: |  | 311.35 |
| Other Funds: |  | 857.98 |
| Totals: | 6,932.00 | 6,932.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,339.00 | 2,339.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 2,000.00 | 722.28 |
| 4. | Chase Home Finance | Secured | 9,420.29 | 2,701.39 |
| 5. | B-Line LLC | Unsecured | 75.22 | 0.00 |
| 6. | Capital One | Unsecured | 770.59 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 2,072.88 | 0.00 |
| 8. | DaimlerChrysler Servs North America | Secured | | No Claim Filed |
| 9. | Verizon Wireless | Unsecured | | No Claim Filed |
| 10. | Capital One | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 16,677.98 | $ 5,762.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 53.70 |
| 4.8% | 98.78 |
| 5.4% | 158.87 |
| | _____ |
| | $ 311.35 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Johnson, Aston G | Case Number:  06 B 05444 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/3/08 | Filed:  5/12/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

